JAP:GMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-112**

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

RICARDO CALASCO,
    also known as
    "Gabriel Luis,"

        Defendant.

COMPLAINT

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

- - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      BRIAN DEEVER, being duly sworn, deposes and states that he is a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      On or about February 2, 2010, within the Eastern District of New York and elsewhere, the defendant RICARDO CALASCO, also known as "Gabriel Luis," being an alien who had previously been arrested and convicted of an aggravated felony, and was thereafter excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland

Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

(Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1. I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the ICE investigative file, including the defendant's criminal history record, and from reports of other law enforcement officers involved in the investigation.

2. ICE officials received information on or about January 27, 2010, that the defendant RICARDO CALASCO, was working in Queens selling fraudulent identification documents. Upon running the defendant's criminal history, ICE officials discovered that the defendant RICARDO CALASCO had been deported twice. The first deportation occurred on June 15, 2004. The second deportation occurred on October 15, 2009, after the defendant had been convicted of attempted forgery in the second degree, an aggravated felony.

---

[1/] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

3.   On or about February 2, 2010, the defendant, RICARDO CALASCO, also known as "Gabriel Luis," was arrested by ICE in Corona, Queens.

4.   An ICE official with fingerprint analysis training compared the fingerprints taken in connection with the defendant's October 14, 2007 arrest underlying his April 10, 2008 conviction; the fingerprints taken in connection with the defendant's October 15, 2009 removal, and the fingerprints taken in connection with the defendant's February 2, 2010 arrest.  The fingerprint analyst determined that all three sets of fingerprints were made by the defendant.

5.   A search of ICE records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant RICARDO CALASCO, also known as "Gabriel Luis," be dealt with according to law.

BRIAN DEEVER
Deportation Officer
United States Immigration and
Customs Enforcement

Sworn to before me this
3rd day of February, 2010

STEVEN
UNITED          S/Gold          UDGE
EASTER                          RK

4